# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ROBERT COLEMAN,                                     CASE NO. 1:09-cv-02192-SKO PC

           Plaintiff,                    ORDER DENYING MOTION FOR
                                                    PRELIMINARY INJUNCTION
   v.
                                                    (Doc. 18)
CDCR, et al.,

           Defendants.

_____/

On July 14, 2011, Plaintiff Robert Coleman, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking a preliminary injunction.

This action was dismissed for failure to state a claim on July 1, 2011, and judgment was entered.  Accordingly, Plaintiff does not have standing to seeking a preliminary injunction and his motion is HEREBY DENIED.  Summers v. Earth Island Institute, 555 U.S. 488, ___, 129 S.Ct. 1142, 1149 (2009); Lujan v. Defenders of Wildlife, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).


IT IS SO ORDERED.

**Dated:     July 15, 2011**                   _____/s/ Sheila K. Oberto_____
                                                UNITED STATES MAGISTRATE JUDGE